JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERIK VILLA, | Case No. 2:20-cv-08733-MWF-JPR |
| Plaintiff, | Assigned For All Purposes To: Hon. Michael W. Fitzgerald Courtroom 5A |
| v. | |
| FRED LOYA INSURANCE AGENCY, INC., LOYA CASUALTY INSURANCE COMPANY, and DOES 1-50, INCLUSIVE, | **ORDER GRANTING STIPULATION TO REMAND** |
| Defendants. | |

# ORDER

WHEREAS, defendants Fred Loya Insurance Agency, Inc. and Loya Casualty Insurance Company originally removed this action to this Court believing there was complete diversity between plaintiff and defendants;

WHEREAS, Loya Casualty Insurance Company is incorporated in the State of California and that diversity jurisdiction does not exist; and

Therefore, the Court GRANTS the parties' Stipulation, and REMANDS this action to the Los Angeles Superior Court.

**IT IS SO ORDERED.**

DATED:  October 7, 2020

_____
Michael W. Fitzgerald
United States District Judge

Case No. 2:20-cv-08733-MWF-JPR
ORDER GRANTING STIPULATION TO REMAND

SMRH:4811-2134-2158.1